STATE of Missouri, Respondent,

v.

**David R. TAYLOR, II, Appellant.**

No. WD 52880.

Missouri Court of Appeals,
Western District.

June 10, 1997.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. Lahue, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

David Taylor appeals the circuit court's judgment convicting him of driving while intoxicated. We affirm. Rule 30.25(b).

**STATE of Missouri, DEPARTMENT OF SOCIAL SERVICES, Respondent,**

v.

**David L. SMITH, Personal Representative, Estate of Dorothy Bernice Smith, Deceased, Appellant.**

No. WD 53331.

Missouri Court of Appeals,
Western District.

June 10, 1997.

John Thomas Kay, California, for Appellant.

Donald Willoh, Div. of Legal Service, Jefferson City, for Respondent.

Before ULRICH, P.J., HANNA and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

The Missouri Department of Social Services asserted a claim against the estate of the decedent, Dorothy Bernice Smith, for the recovery of Medicaid benefits allegedly paid on the decedent's behalf pursuant to § 473.398, RSMo 1994. On the question as to whether the state presented sufficient evidence to allow recovery of the funds, we affirm. Rule 84.16(b).